# GEORGE W. COCHRAN
## Attorney at Law

Cochran Professional Building
1385 Russell Drive
Streetsboro, Ohio 44241

Telephone: 330.607-2187
Facsimile: 330.230.6136
Email: lawchrist@gmail.com

March 9, 2020

Regina A. Veals-Gillis, RR (Clerk of Courts)
U.S. Court of Appeals for the Eleventh Circuit
Elbert Parr Tuttle Court of Appeals Building
56 Forsyth Street, N.W.
Atlanta, GA  30303

Re:     Appeal Numbers: 20-10249-RR (lead); 20-10612-RR (individual)
        Case Style: George Cochran v. Brian Spector, et al.
        District Court Docket No:   1:17-md-02800-TWT

Dear Regina:

Thanks for taking time from your busy schedule to help me today! Per your request, this is written notice that my address changed yesterday to **1981 Crossfield Circle, Kent, Ohio  44240**. As discussed, I have twice mailed a check to the district court for my appeal fee (the second by certified mail), but I have yet to receive confirmation of receipt. I will attempt to e-file the following documents via ECF/PACER today:

1.  Certificate of Interested Persons
2.  Transcript Information Form

You informed me that pro se appellants are not required to file a Civil Appeal Statement (even though I'm an attorney) or complete the web-based CIP on the court's webpage.

Once I receive confirmation of fee payment, I will let you know. I trust the foregoing actions will make me fully compliant so as to avoid dismissal of my appeal.

Sincerely,
*George W. Cochran*

Pro Se Appellant