IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 26 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN RE EQUIFAX, INC.,
DATA SECURITY BREACH
LITIGATION

CUSTOMER MDL DOCKET NO.
I:17-rnd-2800- TWT

CONSUMER CASES

# AMENDED NOTICE OF APPEAL

Notice is hereby given that objector George W. Cochran hereby amends his February 10, 2020 Notice of Appeal (Dkt. No. 989) currently docketed at the United States Court of Appeals for the Eleventh Circuit as Case No. 20-10249-RR. In addition to the pending appeal from the Order Granting Final Approval Of Settlement, Certifying Settlement Class And Awarding Attorney's Fees, Expenses And Service Awards (Dkt. 956) and Final Order and Judgment (Dkt. 957) entered on January 13, 2020, Cochran now also appeals from the Court's Amended Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees, Expenses and Service Awards (Dkt. 1029) entered on March 17, 2020, and the Court's Order Granting Motion for Bond Pending Appeal (Dkt. 1094) entered on May 11, 2020.

Dated: May 22, 2020

Respectfully Submitted,

s/ George W. Cochran
Appearing Pro Se

1

1176

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via U.S. mail, and this Court's CM/ECF filing system will send notification of such filing to all counsel of record.

     Clerk of the Court
     Attn: I: 17-md-2800-TWT
     United States District Court
     Northern District of Georgia
     75 Ted Turner Dr., SW
     Atlanta, GA 30303-3309

This 22nd day of May, 2020.

        *s/ George W. Cochran*
        Appearing Pro Se
        1385 Russell Drive
        Streetsboro, OH 44241
        (330) 607-2187
        lawchrist@gmail.com

CLEVELAND OH 440
23 MAY 2020 PM 2 L

Clerk of the Court
Attn: 1:17-md-2800-TwT
United States District
Northern District of Georgia
75 Ted Turner Dr, SW
Atlanta, GA 30303-3309

COCHRAN & COCHRAN
Cochran Professional Bldg
1385 Russell Drive, Suite A
Streetsboro, Ohio 44241

C & C
ATTORNEYS