U.S. COURT OF APPEALS
RECEIVED
CLERK
JUN 18 2020
ATLANTA, GA

No. 20-10249-RR

IN THE

# United States Court of Appeals
# For the Eleventh Circuit

BRIAN SPECTOR, *et al.*
    Plaintiffs – Appellees,
and
SHIYANG HUANG, *et al.*
    Objectors – Appellants,
v.
EQUIFAX INC. *et al*,
    Defendants – Appellees.

On Appeal from the United States District Court for the
Northern District of Georgia, No. 1:17-cv-02800-TWT
Chief District Judge Thomas W. Thrash, Jr.

## APPELLANT GEORGE COCHRAN'S RESPONSE TO THE COURT'S JURISDICTIONAL QUESTIONS

GEORGE W. COCHRAN
1981 Crossfield Circle
Kent, Ohio 44240
lawchrist@gmail.com
(330) 607-2187
Pro Se Appellant

1

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1 and Fed. R. App. Proc. 26.1, George Cochran makes the following disclosures, to the best of his knowledge, reaffirming the disclosures already filed in the official forms:

1. George Cochran is an individual.

2. I certify that the list of interested persons filed by Plaintiffs-Appellees on April 3, 2020, is accurate, except the following modifications regarding parties and counsel on appeal:

    (1)  Andrews, Christopher—Appellant

    (2)  Frank, Theodore—Appellant, and Counsel for Appellants (Duplicated in both 1125, 1126).

    (3)  Hawal, Justin—Counsel for Plaintiffs

    (4)  Holyoak, Melissa—Counsel for Appellants

    (5)  Clore, Robert—Counsel for Appellant

    (6)  West, Mikell—Appellant

    (7)  Cochran, George—Appellant

    (8)  Watkins, David—Appellant

    (9)  #793 does not exist

## OBJECTOR GEORGE COCHRAN'S RESPONSE TO THE COURT'S JURISDICTIONAL QUESTIONS

1. Cochran is a class member who timely objected to the settlement's approval. (DE 939-6 at 17-19, 39).

2. Because Cochran is bound by the settlement and aggrieved by the order approving it, he has standing to appeal. (DE 939-6 at 36, 39-49).

Dated: June 15, 2020

Respectfully Submitted,

s/ George W. Cochran
1981 Crossfield Circle
Kent, Ohio 44240
lawchrist@gmail.com
330.607.2187
Appearing Pro Se

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because it contains 414 words, exclusive of those items listed in Fed. R. App. P. 32(f).

This document complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Office Word in Times New Roman, 14-point font.

/s/ George W. Cochran

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2020, I placed a copy of the foregoing document in the U.S. Mail to the clerk's attention, with instructions for service by electronic means via the Court's CM/ECF system on all counsel registered to receive electronic notices. Appellants not registered on CM/ECF will also be served with a copy of this response by electronic mail.

/s/ George W. Cochran

**COCHRAN & COCHRAN**



Cochran Professional Bldg
1385 Russell Drive, Suite A
Streetsboro, Ohio 44241

CLEVELAND OH 440
15 JUN 2020 PM 1 L



U.S. MARSHALS SERVICE
Atlanta, Georgia
JUN 1 8 2020
CLEARED SECURITY

U.S. Court of Appeals for the Eleventh Circuit
Elbert Parr Tuttle Court of Appeals Building
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

30303-221856